Ahmed Essani
56 Ranch Dr.
Shirley N.Y. 11967
(631) 831 0787

ECF?

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 19 2018   ★

LONG ISLAND OFFICE

December 17, 2018

Hon. Steven I. Locke, U.S.M.J.
United State District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plazas
Central Islip, NY 11722

Re: Essani v County of Suffolk
     CV13-3424(ADS)(SIL).

Dear Magistrate Locke:

On December 16, 2018 my grandmother passed away at Peconic Bay Medical Hospital Riverhead NY. I request, December 19, 2018 hearing to be adjournment.

Respectfully

Ahmed Essani

cc: Michael Sepe, LLC via ECF, Email
    Arlene S. Zwilling, Esq. via ECF, Email

RECEIVED
DEC 27 2018
EDNY PRO SE OFFICE

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
2018 DEC 18 PM 5:59
*FILED*